FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FARRIS EZELL JR., <br> Petitioner, <br> v. <br> LEE ANN CHRONES, Warden, <br> Respondent. | NO. CV 06-2959 SVW (FMO) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 30, 2009.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE